UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-841 PAM/JGL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) **GARNISHMENT ORDER**
)
ALAN C. LEMKE, )
)
Defendant, )
)
and )
)
TRIPLE N CONSTRUCTION, )
)
Garnishee. )

An Agreed Final Order in Garnishment was duly issued by this Court and signed by the garnishee and the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Agreed Final Order in Garnishment signed on December 12, 2003, is hereby released.

Dated: June 22, 2004

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge