A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **00-841 PAM/JGL**

Alan C. Lemke,

0541-0207-0601-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Alan C Lemke

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Minneapolis, MN

(By) Lisa Duda, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

DATE 4-5-05
RETURNED UNEXECUTED Per Order Dismissing
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 12 2005
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04